

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE _____ DISTRICT OF ARKANSAS
### _____ DIVISION

CASE NO. 2:21-cv-00106-BSM

I. Parties

In items A below, place your full name in the first blank and place your present address in the Second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff Antonio Williams
ADC# 152981
Address: P.O. Box 920 Marianna Ar 72360

Name of plaintiff _____
ADC# _____
Address: _____

This case assigned to District Judge Miller
and to Magistrate Judge Harris

Name of plaintiff _____
ADC# _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the Second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Bill James
Position: Attorney
Place of employment: _____
Address: _____

Name of defendant: Jeff Rosenzweig
Position: Attorney
Place of employment: _____
Address: _____

Name of defendant: John Wesley Hall
Position: Attorney
Place of employment: _____
Address: _____

Name of defendant: Craig Lambert
Position: Attorney
Place of employment: _____
Address: _____

Name of defendant: Lori Mason
Position: Attorney
Place of employment: _____
Address: _____

Name of defendant: Daniel Radakovich
Position: Attorney
Place of employment: _____
Address: _____

II. Are you suing the defendants in:

Name of defendant David Menz
Position Attorney
Place of employment _____
Address _____

official capacity only

personal capacity only

(both official capacity and personal)

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?

Yes     (No)

B. If your answer is yes, describe the lawsuit in the space below. (If there is More than one lawsuit, describe the additional lawsuits on another piece of paper, Using the same outline.)

Parties to the previous lawsuit:

Plaintiffs: _____

_____

_____

Defendants: _____

_____

Court (if federal court, name the district; if state, name the county): _____

_____

Docket Number: _____

Name of judge to whom case was assigned: _____

Disposition: (for example: Was the case dismissed? Was it appealed?

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

IV. Place of present confinement: **Brickeys**

_____

V. At the time of the alleged incident(s), were you:
(Check the appropriate blank)

(⊙ in jail and still awaiting trial on pending criminal charges;)

(⊙ serving a sentence as a result of a judgment of conviction;)

_____ In jail for other reasons (e.g. alleged probation violation, etc. )

Explain: **Bond**

_____

VI. The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each claims asserted in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

_____ Yes          _____ No

B. Did you completely exhaust the grievance(s) by appealing to all levels within the Grievance procedure?

        Yes    No

If not, why? _____

_____

VII.    Statement of Claim.

State here, (as briefly as possible), the *facts* of your case. Describe how each Defendant is involved. Include also the names of other people involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE ATTACHED TWO PAGES

## Statement of Claim

Petitioner Antonio Lee Williams comes before this court under civil rights act 42. U.S.C. 1983 against said attorneys for racism, unethnical practices "breach of client and attorney priviledges" violation of the rules of Attorney of the state of Arkansas; false representation ;; charging fraudlunt prices too much to fraud petitioner out of lum sums of money records and reciepts will show for the records.

Violation of the 4th 5th and 6th amendment, violation of due process of law 8th amendment violation of cruel and unusal punishment of being detained purposely using ineffective assistance of counsel / 11th amendment violation filing fictious paper work under alter egos.

14th amendment violation of equal protection for all people of color and race which petitioner being African American was con in conspiracy using attorney tactics only to fraud petitioner/plaintiff out of his trust funds. Records of each attorney will show of initial ottainment; In each attorney phase- Petitioner has also filed complaint to the Arkansas Bar Association, Petitioner being innocent in a criminal murder case

page one

## Statement of Claim continued

Case # will show how attorney conspired to keep African American petitioner locked up behind bars filing the wrong paper work so they could milk petitioner for more than over $150,000 dollars from her trust fund. Petitioner being incompetent to law - And defendant using ineffective assistance on purpose while this claim is filed.

## Relief

Petitioner want granted relief Attorney fees, Punitive and compensatory and nominal relief, Injunctive and declaratory and to be set at liberty. Also to amend claims and supplemental additional needed for facts and records, appointment of counsel. Wherefore petitioner pray for said relief granted by this court

Respectfully submitted

Antonio Wilbon

page two

VIII.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Petitioner wants granted relief Attorneys fees punitive and compensatory and nominal relief. Injunctive and declaratory and to be set at liberty; Also to amend claims and supplemental additional needed for facts and records, appointment of counsel; Wherefore petitioner prays for said relief granted by this court.

I declare under penalty of perjury, (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _____ day of _____, 2009.

Respectfully Submitted

*Antonio Wilson*
Signature of Plaintiff
ADC # 152491
East Arkansas Regional Unit
P.O. Box 970
Marianna, Ark. 72360

## CERTIFICATE OF SERVICE

I, Antonio Williams, the Petitioner herein, do hereby certify that on this 05 day of August, 20 21, a copy of the foregoing Motion was served on the State Attorney General, by mailing same with proper postage affixed to 200 Catlett-Prien Tower Bldg. 323 Center St. Little Rock, Arkansas 72201

*Antonio Welborn*
Petitioner, Pro se

## NOTARY SERVICE

**STATE OF ARKANSAS** )
) SS
**COUNTY OF** Lee )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of _____, 20____.

_____
NOTARY PUBLIC

Antonio Williams ADC# 158261
Marianna Ar 72360
P.O. Box 920
E A R U

NEOPOST
08/12/2021
US POSTAGE

United States Dis
Court Clerks office
600 West. Capit
Avenue Suite A
Litte Rock Arkansa
72201