## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ANTONIO WILLIAMS**                                              **PLAINTIFF**
**ADC #152981**

**v.**                       **CASE NO. 2:21-CV-00106 BSM**

**BILL JAMES,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

DATED this 19th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE